**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AXEL MONTES-MEDINA,
      a/k/a "Jaxel Montes,"
2.  OSCAR ALBERTO MONTES-RIVERA,
      a/k/a "Oscar Montes,"
3.  FRANCISCO JAVIER ORDONEZ-MONTES,
      a/k/a "Javier Ordonez,"

      Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

Between and including March 28, 2024, and May 3, 2024, in the State and District of Colorado and elsewhere, the defendants, OSCAR ALBERTO MONTES-RIVERA, a/k/a "Oscar Montes," and FRANCISCO JAVIER ORDONEZ-MONTES, a/k/a "Javier Ordonez," did knowingly ship firearms, to wit: a Glock 22 .40 caliber handgun, serial number KEY791; a Magnum Research 1911 .45 caliber handgun, serial number C010895; a Smith & Wesson M&P 9mm handgun, serial number NKA8247; a Taurus PT 111 9 mm handgun, serial number TUH81287; a Taurus G3c 9mm handgun, serial number AEA022817; a Daewoo Precision DR-200 semiauto rifle, serial number 432925; and a Winchester 1300 Defender 12 gauge shotgun, serial number L2988510, in interstate or foreign commerce and, at the time of the shipment, the defendants were aliens and knew they were aliens illegally or unlawfully in the United States.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 2

Between and including March 28, 2024, and May 3, 2024, in the State and District of Colorado and elsewhere, the defendants, OSCAR ALBERTO MONTES-RIVERA, a/k/a "Oscar Montes," and FRANCISCO JAVIER ORDONEZ-MONTES, a/k/a "Javier Ordonez," did willfully and knowingly attempt to send a Glock 22 .40 caliber handgun, serial number KEY791; a Magnum Research 1911 .45 caliber handgun, serial number C010895; a Smith & Wesson M&P 9mm handgun, serial number NKA8247; a Taurus PT 111 9 mm handgun, serial number TUH81287; a Taurus G3c 9mm handgun, serial number AEA022817; a Daewoo Precision DR-200 semiauto rifle, serial number 432925; and a Winchester 1300 Defender 12 gauge shotgun, serial number L2988510, from the United States, without having first obtained the required license from the United States Department of Commerce for authorization to export those items, contrary to the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Sections 1701-1706; and the Export Administration Regulations ("EAR"), Title 15, Code of Federal Regulations, Parts 730-774, laws and regulations of the United States.

All in violation of Title 18, United States Code, Sections 554(a) and 2 (Aiding and Abetting).

## COUNT 3

Between and including March 29, 2024, and May 3, 2024, in the State and District of Colorado and elsewhere, the defendant, AXEL MONTES-MEDINA, a/k/a "Jaxel Montes," did knowingly ship a firearm, to wit: a Magnum Research BFR .450 Marlin revolver, serial number BR05090, in interstate or foreign commerce and, at the time of the shipment, the defendant was an alien and knew he was an alien illegally or

2

unlawfully in the United States.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 4

Between and including March 29, 2024, and May 3, 2024, in the State and District of Colorado, the defendant, AXEL MONTES-MEDINA, a/k/a "Jaxel Montes," did willfully and knowingly attempt to send a Magnum Research BFR .450 Marlin revolver, serial number BR05090, from the United States, without having first obtained the required license from the United States Department of Commerce for authorization to export that item, contrary to the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Sections 1701-1706; and the Export Administration Regulations ("EAR"), Title 15, Code of Federal Regulations, Parts 730-774, laws and regulations of the United States.

All in violation of Title 18, United States Code, Sections 554(a) and 2 (Aiding and Abetting).

## COUNT 5

On or about May 9, 2024, in the State and District of Colorado, the defendants, OSCAR ALBERTO MONTES-RIVERA, a/k/a "Oscar Montes," and FRANCISCO JAVIER ORDONEZ-MONTES, a/k/a "Javier Ordonez," did knowingly possess firearms, to wit: a Springfield XD 9 handgun, serial number US859891; a Steyr S9 handgun, serial number 021014; and an Advantage Arms MOD 17/22 .22 caliber handgun and, at the time of the possession, the defendants were aliens and knew they were aliens

illegally or unlawfully in the United States, and the defendants' possession of the firearms was in or affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 6

On or about May 9, 2024, in the State and District of Colorado, the defendant, OSCAR ALBERTO MONTES-RIVERA, a/k/a "Oscar Montes," did knowingly possess firearms, to wit: a CZ CZP-09 9mm receiver, serial number B727573; a Taurus G2c 9mm receiver, serial number ABL109918; and a Walther PPQ 9mm handgun, serial number FCA0675 and, at the time of the possession, the defendant was an alien and knew he was an alien illegally or unlawfully in the United States, and the defendant's possession of the firearms was in or affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1 through 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d).

2.      Upon conviction of the violations alleged in Counts 1 through 6 of this Indictment involving violations of Title 18, United States Code, Section 922(g)(5)(A) and Title 18, United States Code, Section 554(a), the defendants, AXEL MONTES-MEDINA, a/k/a "Jaxel Montes," OSCAR ALBERTO MONTES-RIVERA, a/k/a "Oscar Montes," and FRANCISCO JAVIER ORDONEZ-MONTES, a/k/a "Javier Ordonez," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and

indirectly as a result of such offense, and in all property used, or intended to be used, in

any manner or part, to commit, or to facilitate the commission of such offense, including,

but not limited to:

- Glock Handgun / Model: 22 / Cal: .40 / S/N: KEY791
- Magnum Research Handgun / Model: 1911 / Cal: .45 / S/N: C010895
- Smith & Wesson Handgun / Model: M&P 9 / Cal: 9mm /S/N: NKA8247
- Taurus Handgun / Model: PT 111 / Cal: 9mm / S/N: TUH81287
- Taurus Handgun / Model: G3c / Cal: 9mm / S/N: AEA022817
- Daewoo Precision Semiauto Rifle / Model: DR-200 / Cal:.223cal. / S/N: 432925
- Winchester Shotgun / Model: 1300 Defender / Cal: 12Ga / S/N: L2988510
- CZ Upper Half Handgun / Model: CZP-09 / Cal: 9mm / S/N: B727573
- Taurus Upper Half Handgun / Model: G2c / Cal: 9mm / S/N: ABL109918
- 8 Magazines
- Magnum Research Revolver / Model: BFR / Cal: 450 Marlin / S/N: BR05090
- Walther Handgun / Model: PPQ / Cal: 9mm / S/N: FCA0675

3.      If any of the property described in paragraph 2 above, as a result of any

act or omission of the defendant:

     a.  cannot be located upon the exercise of due diligence;
     b.  has been transferred or sold to, or deposited with, a third party;
     c.  has been placed beyond the jurisdiction of the Court;
     d.  has been substantially diminished in value; or
     e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section

//

//

//

5

924(d) to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A TRUE BILL:

<u>Ink Signature on File with the Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By:  *s/Daniel W. Warhola*_____
Daniel W. Warhola
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0305
Fax:  303-454-0405
E-mail:  dan.warhola@usdoj.gov
Attorney for Government

6